# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANDA PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, <br><br> *Defendant*. | Civil Action No. 22-0938 (CRC) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Leave to Conduct Discovery and to Hold summary Judgment Briefing in Abeyance (ECF No. 10), Defendant's Opposition thereto, the entire record herein, and for good cause shown, it is hereby

ORDERED that Defendant's Motion is DENIED.

It is SO ORDERED this \_\_\_\_\_ day of _____, 2022.

_____
CHRIUSTOPHER R. COOPER
United States District Judge